Nathan J. Aman, Esq.
Nevada Bar No. 8354
Emilee N. Hammond, Esq.
Nevada Bar No. 14626
Annaleise C. Gabica, Esq.
Nevada Bar No. 16862
VILORIA, OLIPHANT
  OSTER & AMAN. L.L.P.
327 California Ave.
Reno, Nevada 89509
(775) 284-8888

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CONSTRUCTION LLC and DOES 1 through 10,<br><br>Defendant. | Case No.  3:26-cv-00028-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>(THIRD REQUEST) |

COMES NOW Defendant, PRESTIGE CONSTRUCTION LLC ("Prestige"), and

Plaintiff, PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC ("PCIC"), by

and through their undersigned counsel, and hereby stipulate and agree as follows:

1.  On January 16, 2026, PCIC filed a Complaint against Prestige.

2.  Prestige's counsel has requested additional time in which to file their response

to the Complaint.

3.  This is the third request for additional time to respond to the Complaint.

4.  As set forth in the prior April 22, 2026 Stipulation and Order to Extend Time to

Respond to Complaint, on April 20, 2026, an order granting summary judgment in the

underlying Washoe County District Court liability case was entered in favor of one of the parties

that is the subject of this declaratory relief suit.  Now that the time to appeal that order granting

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.

1932203

-1-

summary judgment has expired, a stipulation to dismiss Prestige is being finalized between the parties. Accordingly, it is anticipated Prestige will be dismissed upon the Washoe County District Court's approval of that stipulation.

5.   The parties believe a thirty (30) day extension of time should be adequate to accommodate the foregoing anticipated proceedings, but, in an abundance of caution, have agreed that Prestige shall have an additional period of sixty (60) days, up to and including August 28, 2026, to file a response to the Complaint.

6.   If the underlying dismissal is effectuated prior to the foregoing requested deadline, it is anticipated the instant litigation will be dismissed as well.

7.   The Stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED AND AGREED this 30th  day of June, 2026.

| | |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **VILORIA, OLIPHANT, OSTER, & AMAN L.L.P.** |
| By: /s/ *John H. Podesta* | By: /s/ *Nathan J. Aman, Esq.* |
| John H. Podesta | Nathan J. Aman, Esq. |
| Nevada Bar No. 7487 | Nevada Bar No. 8354 |
| Chris Richardson | Annaleise C. Gabica, Esq. |
| Nevada Bar No. 9166 | Nevada Bar No. 16862 |
| 655 Montgomery Street, 9th FL | P.O. Box 3677 |
| San Francisco, CA 94111 | Reno, Nevada 89505 |
| Tel.: (415) 433-0990 | Tel.: (775) 284-8888 |
| Fax: (415) 434-1370 | Fax: (775) 284-3838 |
| Emails: | Emails: Nathan@reno.law |
| John.Podesta@wilsonelser.com | Annaleise@reno.law |
| Chris.Richardson@wilsonelser.com | |

**IT IS SO ORDERED**

By:_____
      **UNITED STATES MAGISTRATE JUDGE**

**Dated: June  30 , 2026**

ATTORNEYS AND COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. Box 62 ~ Reno, Nevada 89504
327 California Avenue ~ Reno, Nevada 89509

VILORIA, OLIPHANT, OSTER & AMAN L.L.P.