Nathan J. Aman, Esq.
Nevada Bar No. 8354
Emilee N. Hammond, Esq.
Nevada Bar No. 14626
Annaleise C. Gabica, Esq.
Nevada Bar No. 16862
VILORIA, OLIPHANT
OSTER & AMAN. L.L.P.
327 California Ave.
Reno, Nevada 89509
(775) 284-8888

VILORIA, OLIPHANT, OSTER & AMAN L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CONSTRUCTION LLC and DOES 1 through 10,<br><br>Defendant. | Case No. 3:26-cv-00028-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST PRESTIGE CONSTRUCTION, LLC** |

COMES NOW Defendant, PRESTIGE CONSTRUCTION LLC ("Prestige"), and Plaintiff, PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC ("PCIC"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. Pursuant to FRCP 41(a)(1)(A)(ii), PCIC and Prestige stipulate and agree that all claims in this matter asserted by PCIC against Prestige are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

[signatures on following page]

///

///

///

IT IS SO STIPULATED AND AGREED this 27th day of July, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ John H. Podesta*
John H. Podesta
Nevada Bar No. 7487
Chris Richardson
Nevada Bar No. 9166
655 Montgomery Street, 9th FL
San Francisco, CA 94111
Tel.: (415) 433-0990
Fax: (415) 434-1370
Emails:
John.Podesta@wilsonelser.com
Chris.Richardson@wilsonelser.com

**VILORIA, OLIPHANT, OSTER, & AMAN L.L.P.**

By: */s/ Nathan J. Aman, Esq.*
Nathan J. Aman, Esq.
Nevada Bar No. 8354
Annaleise C. Gabica, Esq.
Nevada Bar No. 16862
P.O. Box 3677
Reno, Nevada 89505
Tel.: (775) 284-8888
Fax: (775) 284-3838
Emails: Nathan@reno.law
Annaleise@reno.law

IT IS SO ORDERED

DATED: July 28, 2026

Miranda M. Du, U.S. District Judge

ATTORNEYS AND COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509
VILORIA, OLIPHANT, OSTER & AMAN L.L.P.